NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Matthew R. Follett, SBN 325481
mfollett@foxrothschild.com
Fox Rothschild LLP
10250 Constellation Blvd., Ste. 900
Los Angeles, CA 90056
Tel: 310.598.4150
Fax: 310.556.9828
ATTORNEY(S) FOR: Defendant Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Patricia Graham and Pamela Wade as Conservators of the Estate of Charlene G. Osborne,

Plaintiff(s),

v.

Wells Fargo Bank, N.A., et al.,

Defendant(s)

CASE NUMBER:
2:22-cv-05986-RGK-MMA

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Wells Fargo Bank, N.A. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Wells Fargo Bank, N.A. | Defendant |
| Patricia Graham | Plaintiff |
| Charlene G. Osborne | Plaintiff |

August 30, 2022
Date

Signature
Matthew R. Follett

Attorney of record for (or name of party appearing in pro per):

Defendant Wells Fargo Bank, N.A.