Name and address:

STEPHEN T. HOLZER, ESQ., SBN 074561
LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN
16633 Ventura Blvd., 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Fax: (818) 981-4764

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GRAHAM and PAMELA WADE, as Conservators of the Estate of Charlene G. Osborne<br>PLAINTIFF(S)<br>v. | CASE NUMBER:<br>2:22-cv-05986-RGK-MAA |
| WELLS FARGO & COMPANY; JP MORGAN CHASE BANK N.A.; and DOES 1-50<br>DEFENDANT(S) | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Nathan B. Hoffman CA Bar Number: 090492

Firm or agency: Hoffman Law Firm

Address: 22287 Mulholland Highway Suite 426, Calabasas, California 91302-5190

Telephone Number: 818-710-6099 Fax Number: 818-643-5464

E-mail: NBH@HoffmanLaw.lawyer

Counsel of record for the following party or parties: PATRICIA GRAHAM and PAMELA WADE, as Conservators of the Estate of Charlene G. Osborne

Other members of the same firm or agency also seeking to withdraw: __________

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Stephen T. Holzer CA Bar Number: 074561

Firm or agency: LEWITT, HACKMAN, SHAPIRO, MARSHALL, & HARLAN

Address: 16633 Ventura Boulevard, 11th Floor, Encino, California 91436-1865

Telephone Number: 818-990-2120 Fax Number: 818-981-4764

E-mail: sholzer@lewitthackman.com

**SECTION III - SIGNATURES**

***Withdrawing Attorney***

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 09/09/2022 Signature: [signature]

Name: Nathan B. Hoffman

***New Attorney (if applicable)***

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 09/09/2022 Signature: [signature]

Name: Stephen T. Holzer

***Party Represented by Withdrawing Attorney***

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 09/09/2022 Signature: Patricia K Graham
Patricia K Graham (Sep 9, 2022 13:12 CDT)

Name: Patricia Graham

Title: Conservator